HERBERT S. SERGISON, Appellant, v. PAUL SACKS, Doing Business, etc., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARY G. LANIGAN, Respondent, Appellant, v. MARGARET A. DELANEY, Also Known as MARGUERITE A. DELANEY and JOHN M. DELANEY, Individually and as Administrator, etc., of JOHN J. DELANEY, Deceased, Appellants, Respondents, Impleaded with Another.*— Order so far as appealed from by the defendant Margaret A. Delaney affirmed; and order so far as appealed from by the plaintiff and defendant John M. Delaney reversed, with ten dollars costs and disbursements to the plaintiff and said defendant, and the motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

KATHERINE SIEGEL, Appellant, v. ROBERT J. SIEGEL, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of THE ENOSSIS PUBLISHING Co., INC.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE NEW YORK HARE & CHASE CORPORATION, Respondent, v. U. S. TAXI METER CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN S. KEDROVSKY, Plaintiff, v. ARCHBISHOP AND CONSISTORY, etc., and Others, Defendants, Impleaded with SERGIUS SNEGIREFF, as Treasurer of the Unincorporated Association of Seven or more Members Known as the ARCHBISHOP AND NORTH AMERICAN CONSISTORY OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH, etc., Appellant. EDWARD J. MARTIN, Attorney for SERGIUS SNEGIREFF, as Treasurer, etc., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, without prejudice to the right of any individual defendant to appear by the same attorney. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

P. GRASSI & BRO., INC., Appellant, v. CITY OF NEW YORK and EAGLE INDEMNITY COMPANY, Defendants, Impleaded with LUSTBADER CONSTRUCTION Co., INC., Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and the motion granted, on the authority of *Boland Co. v. Emma Willard School* (152 App. Div. 915) and *Herrman v. Leland* (148 id. 641). Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.